JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO BANUELOS-VEYNA, | Case No. 2:21-cv-00855-CAS-MAA |
| Petitioner, | **JUDGMENT** |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

     Pursuant to the Order Dismissing Petition and Dismissing Action Without Prejudice filed herewith,

     IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED and the action is DISMISSED without prejudice.

DATED: June 4, 2021

*Christina A. Snyder*

_____

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE